

# Fourth Court of Appeals
## San Antonio, Texas

April 20, 2016

No. 04-12-00294-CR

Vanessa **CAMERON,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2010CR4286C
Honorable Ron Rangel, Judge Presiding

# O R D E R

On April 13, 2016, appellant Vanessa Cameron filed a notice informing this court that she intends to seek review of the Court of Criminal Appeal's March 2, 2016 opinion in this case by filing a petition for writ of certiorari in the United States Supreme Court. Appellant requests that we stay our consideration of the issues on remand in this appeal until the petition for writ of certiorari is resolved by the United States Supreme Court. The State is hereby ORDERED to file a response to appellant's request for a stay or abatement of this appeal *within fourteen (14) days* from the date of this order.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of April, 2016.

_____
Keith E. Hottle
Clerk of Court